UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Nina Spears | ) |
| | ) |
| | ) Case No.: 3:11cv1208 |
| v. | ) Judge Trauger |
| | ) |
| Spi America, LLC, et al. | ) |
| | ) |

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on March 5, 2012.

KEITH THROCKMORTON, CLERK
s/ Robbie Dail, Deputy Clerk